IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-372-1H

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>GENESIS LEE WHITTED, JR., )<br>)<br>Defendant. ) | **ORDER** |

On March 14, 2017, the court ordered that Defendant, Genesis Lee Whitted, Jr., be committed to the custody of the United States Attorney General for a period not to exceed thirty (30) days for purposes of a psychological and/or psychiatric examination pursuant to 18 U.S.C. §§ 4241 and 4247(b). For good cause shown, the court hereby extends the period of commitment through and including May 22, 2017, in order to allow additional time for observation and evaluation of Defendant.

A report of the examination(s) shall be prepared and filed with the court pursuant to 18 U.S.C. § 4247(c), with copies provided to counsel for Defendant and counsel for the Government.

Any delay that results from this order is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(1)(A), as well as pursuant to 18 U.S.C. § 3161(h)(7)(A), the court finding that the interests of justice served by the additional

time required to assess Defendant's competency outweigh the best interests of the public and Defendant in a speedy trial.

This 24th day of April 2017.

_____
KIMBERLY A. SWANK
United States Magistrate Judge