IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-372-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER FOR COPY OF AUDIO |
| | ) RECORDING FROM |
| GENESIS LEE WHITTED, Jr. | ) MARCH 14, 2017 PRETRIAL |
| a/k/a "Gen" | ) HEARING |
| a/k/a "Juice Man" | ) |

Upon motion of the United States it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that the Government's Motion for a Copy of Audio Recording from the March 14, 2017 pretrial hearing is GRANTED. The Court hereby orders that a copy of the audio recording from the March 14, 2017 hearing be provided to the Government and counsel for the Defendant.

This the 21st day of August, 2017.

_____
MALCOLM J. HOWARD
Senior United States District Judge