IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-372-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER TO SEAL |
| GENESIS LEE WHITTED, Jr. ) | |
| a/k/a "Gen" ) | |
| a/k/a "Juice Man" ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 191 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the 21st day of September 2017.

MALCOLM J. HOWARD
Senior United States District Judge