UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

Case No: 5:15-CR-372-1H

GENESIS LEE WHITTED, JR.

ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on October 17, 2017 be turned over to Special Agent Justin Matthews, FBI Task Force Officer to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
| --- | --- |
| 1 | Cocaine Base - 11/9 |
| 2 | Cocaine Base - 11/13 |
| 3 | Cocaine Base - 11/16 |
| 4 | Cocaine Base - 11/18 |
| 5 | Cocaine Base - 11/24 |
| 6 | Cocaine Base - 11/30 |

This 17th day of October, 2017.

MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: FBI TFO J. M.