UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:15-CR-372-H-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| GENESIS LEE WHITTED, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter coming on and being heard through the undersigned U.S. District Court Judge upon Defendant's Motion to Seal Defendant's Motion for Downward Departure or Variance and Incorporated Memorandum of Law, Docket Entry Number 246, filed on February 26, 2018, is made for good cause;

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Downward Departure or Variance and Incorporated Memorandum of Law, Docket Entry Number 246, be sealed.

This 27th day of February, 2018.

_____
THE HONORABLE MALCOLM J. HOWARD
United States District Court Judge