IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:15-CR-00372-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| GENESIS LEE WHITTED, JR., | |
| Defendant. | |

These matters come before the court on two letters filed pro se by the Defendant, which are construed as motions seeking copies of "full discovery" materials [DE 343, 344]. Even if the court were in possession of the requested materials (presumably it is not, unless Defendant can identify each document and where it has been filed on the case docket), this case was tried to a jury in October 2017, the Defendant was sentenced in March 2018, judgment was affirmed by the Fourth Circuit Court of Appeals in August 2019, and Defendant's motions to vacate and for compassionate release were denied in December 2020. This case is closed and there are no pending proceedings. Defendant fails to identify good cause for his request. Accordingly, the Defendant's motions are DENIED.

SO ORDERED this 13th day of February, 2024.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE